IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARTIN RESOURCE MANAGEMENT CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:12-cv-00758 |
| ZURICH AMERICAN INSURANCE COMPANY, AXIS INSURANCE COMPANY, and ARCH INSURANCE COMPANY, | § § § § § § | |
| Defendants. | § | JURY DEMANDED |

**MARTIN RESOURCE MANAGEMENT CORPORATION
AND ZURICH AMERICAN INSURANCE COMPANY'S
<u>JOINT MOTION TO DISMISS WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41, Plaintiff/Counter-Defendant Martin Resource Management Corporation ("MRMC") and Defendant/Counter-Plaintiff Zurich American Insurance Company ("Zurich") file this joint motion to dismiss with prejudice and respectfully show as follows:

MRMC and Zurich have resolved their differences and therefore request that any and all claims and counter-claims they have asserted against each other be dismissed with prejudice.

This motion does not affect MRMC's claims against any other defendant.

WHEREFORE, MRMC and Zurich respectfully request that the Court grant this motion and dismiss any and all claims and counter-claims they have asserted against each other.

Dated: January 23, 2014

                                              Respectfully submitted,

BECK REDDEN LLP

 /s/ *David W. Jones*
David W. Jones
Texas State Bar No. 00790980
Marcos Rosales
Texas State Bar No. 24074979
BECK REDDEN LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700 (Ph.)
(713) 951-3720 (Fax)
djones@beckredden.com
mrosales@beckredden.com
ATTORNEYS FOR PLAINTIFF

SEDGWICK LLP

 /s/ *W. Neil Rambin*
W. Neil Rambin
Texas State Bar No. 16492800
L. Kimberly Steele
Texas State Bar No. 04127600
SEDGWICK LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
(469) 227-8200 (Ph.)
(469) 227-8004 (Fax)
neil.rambin@sedgwicklaw.com
kimberly.steele@sedgwicklaw.com

Doug McSwane
Texas State Bar No. 13861300
POTTER MINTON
110 North College
500 Plaza Tower
Tyler, Texas 75702
(903) 597-8311 (Ph.)
(903) 593-0846 (Fax)
dougmcswane@potterminton.com
ATTORNEYS FOR DEFENDANT ZURICH
AMERICAN INSURANCE COMPANY

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2014, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ David W. Jones
                                              David W. Jones