IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MARTIN RESOURCE MANAGEMENT CORPORATION, § § § § § § § | CIVIL ACTION NO. 6:12-CV-758 |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY, *et al*. | |

**FINAL JUDGMENT**

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED**.

So ORDERED and SIGNED this 13th day of May, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1