IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARTIN RESOURCE MANAGEMENT CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:12-CV-00758 |
| AXIS INSURANCE COMPANY, | § § § | |
| Defendant. | § | JURY DEMANDED |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is given that Plaintiff Martin Resource Management Corporation hereby appeals to the U.S. Court of Appeals for the Fifth Circuit from the Final Judgment (ECF Doc. No. 143), entered on May 13, 2014, and the Order dismissing Plaintiffs' claims (ECF Doc. No. 142), entered on May 12, 2014.

Respectfully submitted,

BECK REDDEN LLP

 /s/ *David W. Jones*
David W. Jones
State Bar No. 00790980
djones@beckredden.com
Marcos Rosales
State Bar No. 24074979
mrosales@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720

WILSON, ROBERTSON & CORNELIUS, P.C.
Jennifer Parker Ainsworth
State Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
Tyler, Texas  75701
Telephone:  (903) 509-5000
Telecopier:  (903) 509-5002

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that on May 14, 2014, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  /s/  David W. Jones
                                                  David W. Jones