RECEIVED: **8/18/14**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-40512

MARTIN RESOURCE MANAGEMENT CORPORATION,

    Plaintiff - Appellant

v.

AXIS INSURANCE COMPANY,

    Defendant - Appellee

Appeals from the United States District Court for the
Eastern District of Texas, Tyler

O R D E R:

    IT IS ORDERED that the joint motion to view and release sealed documents in this case is GRANTED.

                                      /s/Jennifer Walker Elrod
                                      JENNIFER WALKER ELROD
                                      UNITED STATES CIRCUIT JUDGE

A true copy
Attest
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
           Deputy
New Orleans, Louisiana   1 3 AUG 2014

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 13, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-40512    Martin Resource Mgmt. Corp. v. Zurich
                          American Insurance Co.
                          USDC No. 6:12-CV-758

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Christina A. Gardner, Deputy Clerk
                        504-310-7684

Mr. Joseph F. Cleveland Jr.
Mr. Richard Hunt Gateley
Mr. Geoffrey W. Heineman
Mr. David Watkin Jones
Mr. David Maland
Mr. William R. Peterson
Ms. Constance Hankins Pfeiffer
Mr. Russell S. Post
Mr. Eric Corey Weissman